# United States District Court
# Central District of California

| | |
|---|---|
| KIM SPANGLER, | Case № 2:16-cv-09174-ODW (GJS) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO** |
| COUNTY OF VENTURA; WILLIAM | **DISMISS AS MOOT [19]** |
| SCHNEEKLOTH; and DOES 1–10, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

Defendant County of Ventura served Plaintiff Kim Spangler with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on April 13, 2017. (ECF No. 19.) Plaintiff filed a first amended complaint on April 27, 2017, fourteen days later. (ECF No. 26.) Rule 15(a)(1) allows Plaintiff to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiff's amended complaint was proper. As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

May 3, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**