JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| KIM SPANGLER, Individually and as the Personal Representative for DENNIS HOWARD BREWER, Deceased,<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF VENTURA; WILLIAM SCHNEEKLOTH; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case № 2:16-cv-09174-ODW-GJS<br><br>**JUDGMENT** |

## JUDGMENT

The Court **GRANTED**, in part, Defendant County of Ventura and William Schneekloth's Motion for Summary Judgment, ECF No. 72, and **DISMISSED**, without prejudice, Plaintiff Kim Spangler's, individually and as the personal representative for Dennis Howard Brewer, Deceased, state-law claims for lack of jurisdiction. (Order, ECF No. 72.) Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Court **DISMISSES, WITH PREJUDICE**, Plaintiff's First, Second, and Third claims for relief, which were all alleged pursuant to 42 U.S.C.

§ 1983.

2. The Court declines to exercise supplemental jurisdiction, and **DISMISSES**, without prejudice, Plaintiff's Fourth and Fifth claims for relief.

3. Judgment for Defendants on Plaintiff's First, Second, and Third claims for relief.

4. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 15, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**